FILED

10/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0255

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0255

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CARL SANGREY,

Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including November 20, 2022, within which to prepare, serve, and file its response brief.

BG

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 11 2022